Entered on Docket
October 27, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

US Bank National Association, as Trustee for CSFB HEAT 2006-6
09-72372 / 1205304783

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-15508-lbr |
| Rosa Haro | MS Motion No. 29<br>Date: September 2, 2009<br>Time: 10:30 a.m.<br><br>Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

1   IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-
2   petition arrearages currently due as follows:

3   4 Monthly Payments at $1,332.08                $5,328.32
    (May 1, 2009-August 1, 2009)
4   3 Late Charges at $60.84 each                  $ 182.52
    (May 16, 2009-June 16, 2009)
5   Attorneys Fees and Costs                       $ 900.00
6   Total Amount due through                       $6,410.84

7

8   The above arrearage shall be paid in six (6) monthly installments of $1,068.47. These payments
9   shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month
10  commencing with the August 20, 2009 payment and continuing throughout and concluding on or before
11  January 20, 2010.

12  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give
13  Debtors at least five business days' notice of the time, place and date of sale.

14  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and
15  maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning
16  with the September 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject
17  Property, generally described as 6201 Smoke Ranch Rd., Las Vegas, NV 89108, and legally described as
18  follows:

19  PARCEL I:
    LOT THREE (3) IN BLOCK ONE (1), OF INDEPENDENT SQUARE AMENDED AS
20  SHOWN BY MAP THEREOF ON FILE IN BOOK 25 OF PLATS, PAGE 41 IN THE OFFICE OF THE
    COUNTY RECORDER OF CLARK COUNTY, NEVADA.
21
    EXCEPTING THEREFROM ALL MINERALS, OIL AND GAS RIGHTS ON THE PROPERTY
22  HEREINABOVE DESCRIBED, THEY FORMING NO PART OF THIS
    CONVEYANCE. FURTHER WITH NO RIGHT OF ENTRY ON THE ABOVE DESCRIBED
23  PREMISES, INSOFAR AS MINERAL, OIL AND GAS RIGHTS ARE CONCERNED.

24  PARCEL II:
    A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, USE AND ENJOYMENT IN AND TO
25  LOT TWENTY-ONE (21) IN BLOCK ONE (1) OF INDEPENDENT SQUARE
    AMENDED AS SHOWN BY MAP THEREOF ON FILE IN BOOK 25 OF PLATS, PAGE 41 IN THE
26  OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AS DESCRIBED IN
    THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS
    RECORDED NOVEMBER 21, 1979 AS DOCUMENT NO. 1109842 AND THAT AMENDED

DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED JULY 18,1984 AS DOCUMENT NO. 1916838, OFFICIAL RECORDS.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

/S/ GREGORY L. WILDE

By _____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A. Leavitt

By _____

Kathleen A. Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd. So., #200
Las Vegas, NV 89101

Randal R. Leonard

By _____

Randal R. Leonard
Attorney for Debtors
500 S. Eighth St.
Las Vegas, NV 89101

Nevada Bar No. _____